**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-1489**

In re:  DAVID W. SCHAMENS,

Debtor.

----------------------------------

DAVID W. SCHAMENS,

Debtor - Appellant,

v.

DANIEL C. BRUTON,

Trustee - Appellee.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  William L. Osteen, Jr., District Judge.  (1:24-cv-00287-WO)

Submitted:  June 27, 2025                              Decided:  August 5, 2025

Before KING, RICHARDSON, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

David W. Schamens, Appellant Pro Se.  Daniel Clarkson Bruton, BELL, DAVIS & PITT, PA, Winston-Salem, North Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David W. Schamens appeals the district court's order granting his motion to withdraw his appeal from two bankruptcy court's orders. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Schamens v. Bruton*, No. 1:24-cv-00287-WO (M.D.N.C. May 22, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*